
Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 00 C 1765 | DATE | 8/21/2001 |
| CASE TITLE | Chicago District Council vs. Maria Rodriguez, et al | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**MOTION:**

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Answer paragraph 1 is stricken, and Rodriguez is deemed to have admitted those allegation.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | No notices required, advised in open court. | | | number of notices | Document Number |
|---|---|---|---|---|---|
| | No notices required. | | | | |
| ✓ | Notices mailed by judge's staff. | | | AUG 22 2001 date docketed | 49 |
| | Notified counsel by telephone. | | | | |
| | Docketing to mail notices. | | | docketing deputy initials | |
| | Mail AO 450 form. | | | 8/21/2001 date mailed notice | |
| | Copy to judge/magistrate judge. | | | | |
| SN | courtroom deputy's initials | 01 AUG 21 PM 4:19 Date/time received in central Clerk's Office | | SN mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHICAGO DISTRICT COUNCIL OF )
CARPENTERS PENSION FUND, et al., )
)
Plaintiffs, )
)
v. ) No. 00 C 1765
)
MARIA RODRIGUEZ, et al., )
)
Defendants. )

DOCKETED
AUG 2 3 2001

MEMORANDUM ORDER

Maria Rodriguez ("Rodriguez") has filed a pro se Answer to the First Amended Complaint ("FAC") brought against Rodriguez and Abel Angulo by certain employee benefits funds (collectively "Funds"). This memorandum order is issued sua sponte to address one impermissible aspect of Rodriguez' Answer.

Whether or not Rodriguez had the benefit of undisclosed legal assistance in preparing her responsive pleading, there is no way in which she can--in the objective good faith required of every party as well as every lawyer under Fed. R. Civ. P. 11--deny the jurisdictional allegations of FAC ¶1. Accordingly Answer ¶1 is stricken, and Rodriguez is deemed to have admitted those allegations.

There are some other troublesome aspects of Rodriguez' Answer (for example, it is insufficiently informative for a pleader to address certain allegations in a complaint's paragraph and then to continue by purporting to deny the allegation of that

paragraph "except as consistent with the foregoing admissions"[1]). But it is not worth the trouble to identify that and other flaws in advance of any issues that Funds may raise hereafter. This memorandum order is therefore limited to the subject discussed in the preceding paragraph.

                                              /s/ Milton I. Shadur
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: August 21, 2001

---

[1] How are Funds' counsel and this Court to divine what matters Rodriguez and her counsel regard as "consistent" or "inconsistent" with her admissions?

2